■ WILLIAM KRENCIK et al., Appellants, v TOWNE RED HOTS, INC., et al., Defendants, and NEW ERA CONSTRUCTION CO., INC., Respondent and Third-Party Plaintiff. WALT'S TREE SERVICE, INC., Third-Party Defendant-Respondent. (Appeal No. 2.) [639 NYS2d 771]

Present—Denman, P. J., Green, Wesley, Balio and Davis, JJ.